UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 8166**

Plaintiffs Koninklijke Philips Electronics N.V. and U.S. Philips Corporation

-v-

Defendants Advanced Digital Replication, Inc. et al.

Case No.

**JUDGE KARAS**

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Koninklijke Philips Electronics N.V. and U.S. Philips Corporation (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Koninklijke Philips Electronics N.V.**     100% ownership in Plaintiff
**U.S. Philips Corporation**                 100% ownership in Plaintiff

Date: Sept. 12, 2007

Signature of Attorney

Attorney Bar Code: AS 9464