UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO. 07CIV8166
DATE FILED: SEPTEMBER 18, 2007

*KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,*

Plaintiff(s)

*against*

*ADVANCED DIGITAL REPLICATIONS, INC., et al*

Defendant(s)

STATE OF CALIFORNIA, COUNTY OF ORANGE, SS.:     AFFIDAVIT OF SERVICE

_____James Figueroa_____ being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at _____Fullerton, CA_____. That on _September 21, 2007_ at _4 35 PM_, at _____8735 SHIRLEY AVE., NORTHRIDGE, CA_____ deponent served the within __Summons in a Civil Action, Complaint for Patent Infringement, Rule 7.1 Statement, Individual Practices of Magistrate Judge George A. Yanthis, Individual Rules of Practice of Judge Kenneth M. Karas__

on _____ACID RAIN PRODUCTIONS, INC._____

a(n) _defendant herein_, by delivering thereat a true copy thereof to _Mithcell Spinelli-Authorized Agent_. personally, deponent knew said _defendant herein_ so served to be the _defendant herein_ so described, and knew said individual to be an authorized agent thereof. Deponent asked said individual if they were able to accept on behalf of said _defendant herein_ and they responded with an affirmative.

Deponent describes the individual served as follows: Gender: _Male_ Skin Color: _White_ Hair Color: _Brown_
Age: _35 - 40 Yrs._ Height: _5' 5" - 5' 6"_ Weight: _146 - 180 Lbs._ Other: _____

Sworn to before me on this _27_ day of _September, 2007_

*Sandy M. Delnaw*

SANDY M. DELNAW
Commission # 1655591
Notary Public - California
Orange County
My Comm. Expires Mar 31, 2010

James Figueroa
Server's Lic. # 3204
L.A. County

Affidavit #9992949

ATTORNEY: Mayer, Brown, Rowe & Maw,    Ph: 212-506-2721
ADDRESS: 1675 Broadway New York NY 10019-5820   File No.:

*PRO-FILE LAWYER'S SERVICES - 821 FRANKLIN AVE., GARDEN CITY, NY 11530 - 516-747-1330 - FAX 516-747-1166*