UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO. 07CIV8166
DATE FILED: SEPTEMBER 18, 2007

KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,

Plaintiff(s)

against

ADVANCED DIGITAL REPLICATIONS, INC., et al

Defendant(s)

STATE OF NEW JERSEY, COUNTY OF MIDDLESEX, SS.:    AFFIDAVIT OF SERVICE

___Brian McGackin___ being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at ___Old Bridge, NJ___. That on ___September 24, 2007___ at ___2:50 PM___, at ___105 SOUTH STATE ST., HACKENSACK, NJ___ deponent served the within ___Summons in a Civil Action, Complaint for Patent Infringment, Rule 7.1 Statement, Individual Practices of Magistrate Judge George A. Yanthis, Individual Rules of Practice of Judge Kenneth M. Karas___ on ___ADVANCED DIGITAL REPLICATION, INC.___

a(n) ___defendant herein___, by delivering thereat a true copy thereof to ___Greg Thurika-Authorized Agent___, personally, deponent knew said ___defendant herein___ so served to be the ___defendant herein___ so described, and knew said individual to be an authorized agent thereof. Deponent asked said individual if they were able to accept on behalf of said ___defendant herein___ and they responded with an affirmative.

Deponent describes the individual served as follows: Gender: __Male__  Skin Color: __White__  Hair Color: __Black__
Age: __40 - 45 Yrs.__  Height: __5' 9" - 5' 10"__  Weight: __181 - 210 Lbs.__  Other: ___

Sworn to before me on this __28__ day of __September, 2007__

PHILLIP SANDFORD
A Notary Public of New Jersey
My Commission Expires Feb. 13, 2011

_____
Brian McGackin
Server's Lic. #

Affidavit #9992920

ATTORNEY: Mayer, Brown, Rowe & Maw, ▓▓▓  Ph: 212-506-2721
ADDRESS: 1675 Broadway New York NY 10019-5820   File No.: