UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO. 07CIV8166
DATE FILED: SEPTEMBER 18, 2007

*KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,*

Plaintiff(s)

*against*

*ADVANCED DIGITAL REPLICATIONS, INC., et al*

Defendant(s)

STATE OF NEW JERSEY, COUNTY OF MIDDLESEX, SS.:    AFFIDAVIT OF SERVICE

_____Chad Devone_____ being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at _____Old Bridge, NJ_____. That on _September 24, 2007_ at _5 25 PM_, at _125 ROUTE 526, ALLENTOWN, NJ 08501_ deponent served the within _Summons in a Civil Action, Complaint for Patent Infringment, Rule 7.1 Statement, Individual Practices of Magistrate Judge George A. Yanthis, Individual Rules of Practice of Judge Kenneth M. Karas_ on _Backroom Sales, Inc. (d.b.a. Three Circle Video, Lucky Seven, Gourmet Video, Blue Ribbon Entertainment, BRS Direct, and Planet DVD Distributors)_, a(n) _defendant herein_, by delivering thereat a true copy thereof to "Jane Doe", Refused Name-Office Manager, personally, deponent knew said _defendant herein_ so served to be the _defendant herein_ so described, and knew said individual to be an authorized agent thereof. Deponent asked said individual if they were able to accept on behalf of said _defendant herein_ and they responded with an affirmative.

Deponent describes the individual served as follows: Gender: _Female_   Skin Color: _White_   Hair Color: _Gray_
Age: _46 - 55 Yrs._   Height: _5' 0" - 5' 2"_   Weight: _146 - 180 Lbs._   Other: _____

Sworn to before me on this _2V_ day of _September, 2007_

PHILLIP SANFORD
A Notary Public of New Jersey
My Commission Expires Feb. 13, 2011

Chad Devone
Server's Lic. #

Affidavit #9992927

ATTORNEY: Mayer, Brown, Rowe & Maw,   Ph: 212-506-2721
ADDRESS: 1675 Broadway New York NY 10019-5820   File No.:

*PRO-FILE LAWYER'S SERVICES - 821 FRANKLIN AVE., GARDEN CITY, NY 11530 - 516-747-1330 - FAX 516-747-1166*