UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO. 07CIV8166
DATE FILED: SEPTEMBER 18, 2007

*KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,*

Plaintiff(s)

*against*

*ADVANCED DIGITAL REPLICATIONS, INC., et al*

Defendant(s)

STATE OF NEW JERSEY, COUNTY OF MIDDLESEX, SS.:      AFFIDAVIT OF SERVICE

__Brian McGackin__ being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at __Old Bridge, NJ__. That on __September 24, 2007__ at __2 50 PM__, at __105 SOUTH STATE ST., HACKENSACK, NJ__ deponent served the within __Summons in a Civil Action, Complaint for Patent Infringment, Rule 7.1 Statement, Individual Practices of Magistrate Judge George A. Yanthis, Individual Rules of Practice of Judge Kenneth M. Karas__ on __DVD INVASION, INC.__,

a(n) __defendant herein__, by delivering thereat a true copy thereof to __Greg Thurika-Authorized Agent__, personally, deponent knew said __defendant herein__ so served to be the __defendant herein__ so described, and knew said individual to be an authorized agent thereof. Deponent asked said individual if they were able to accept on behalf of said __defendant herein__ and they responded with an affirmative.

Deponent describes the individual served as follows: Gender: __Male__   Skin Color: __White__   Hair Color: __Black__
Age: __40 - 45 Yrs__   Height: __5' 9" - 5' 10"__   Weight: __181 - 210 Lbs.__   Other:

Sworn to before me on this __28__ day of __September, 2007__

PHILLIP SANFORD
A Notary Public of New Jersey
My Commission Expires Feb. 13, 2011

Brian McGackin
Server's Lic. #

Affidavit #9992923

ATTORNEY: Mayer, Brown, Rowe & Maw,    Ph: 212-506-2721
ADDRESS: 1675 Broadway New York NY 10019-5820   File No.:

*PRO-FILE LAWYER'S SERVICES - 821 FRANKLIN AVE., GARDEN CITY, NY 11530 - 516-747-1330 - FAX 516-747-1166*