UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO. 07CIV8166
DATE FILED: SEPTEMBER 18, 2007

KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,

Plaintiff(s)

against

ADVANCED DIGITAL REPLICATIONS, INC., et al

Defendant(s)

STATE OF NEW JERSEY, COUNTY OF MIDDLESEX, SS.:    AFFIDAVIT OF SERVICE

___Chad Devone___ being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at ___Old Bridge, NJ___. That on ___September 24, 2007___ at ___5 25 PM___, at ___125 ROUTE 526, ALLENTOWN, NJ 08501___ deponent served the within ___Summons in a Civil Action, Complaint for Patent Infringment, Rule 7.1 Statement, Individual Practices of Magistrate Judge George A. Yanthis, Individual Rules of Practice of Judge Kenneth M. Karas___ on ___FACTORY DIRECT ENTERTAINMENT, INC.___,

a(n) ___defendant herein___, by delivering thereat a true copy thereof to "Jane Doe", Refused Name-Office Manager, personally, deponent knew said ___defendant herein___ so served to be the ___defendant herein___ so described, and knew said individual to be an authorized agent thereof. Deponent asked said individual if they were able to accept on behalf of said ___defendant herein___ and they responded with an affirmative.

Deponent describes the individual served as follows: Gender: ___Female___   Skin Color: ___White___   Hair Color: ___Gray___
Age: ___46 - 55 Yrs.___   Height: ___5' 0" - 5' 2"___   Weight: ___146 - 180 Lbs.___   Other: _____

Sworn to before me on this ___28___ day of ___September, 2007___

PHILLIP SANDFORD
A Notary Public of New Jersey
My Commission Expires Feb. 13, 2011

Chad Devone
Server's Lic. #

Affidavit #9992934

ATTORNEY: Mayer, Brown, Rowe & Maw,    Ph: 212-506-2721
ADDRESS: 1675 Broadway New York NY 10019-5820    File No.:

*PRO-FILE LAWYER'S SERVICES - 821 FRANKLIN AVE., GARDEN CITY, NY 11530 - 516-747-1330 - FAX 516-747-1166*