# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

CASE #: 07-CIV 8166  
9992926

KONINKLIJKE PHILIPS ELECTRONICS N.V. AND U.S. PHILIPS CORPORATION,

Plaintiff(s)/Petitioner(s)

against

ADVANCED DIGITAL REPLICATION, INC., ET. AL.

Defendant(s)/Respondent(s)

State of NY  
County of Albany  SS

Kerry Gunner being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York.

That on 10/1/07 at 2:40 PM at the office of the Secretary of State of the State of New York in the City of Albany, NY, deponent served the within

**SUMMONS IN A CIVIL ACTION, COMPLAINT FOR PATENT INFRINGEMENT, RULE 7.1 STATEMENT**

upon: **FUTURE ENTERTAINMENT INC.**

defendant/respondent in this action by delivering and leaving with Carol Vogt authorized agent in the office of the Secretary of State of the State of New York, 41 State Street, Albany, NY, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to section

**306 of the Business Corporation Law**

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of The State of New York duly authorized to accept such service on behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows:

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|---|---|---|---|---|---|---|
| female | white | dark | 48-52 | 5'3" | 110 | |

Sworn to before me on: 10/1/2007

Notary Public

Kerry Gunner

Claudia M. Murphy  
Notary Public, State of NY  
No 01MU5016071  
Qualified in Albany County  
Commission expires 8/2/09

Kerry Gunner  
Notary Public, State of NY  
No 01GU5038710  
Qualified in Albany County  
Commission expires 2/6/2013

Jessica DeVoe  
Notary Public, State of NY  
No 01DE6042657  
Qualified in Albany County  
Commission Expires 5/30/10

Pro-File Lawyer's Services Corp.  
821 Garden Blvd. Suite 304  
Garden City, NY 11530

98460