# AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT | CASE #:   07-CIV 8166 |
| SOUTHERN DISTRICT OF NEW YORK | 9992925 |

KONINKLIJKE PHILIPS ELECTRONICS N.V. AND U.S. PHILIPS CORPORATION,

                                          Plaintiff(s)/Petitioner(s)

against

ADVANCED DIGITAL REPLICATION, INC., ET. AL.

                                          Defendant(s)/Respondent(s)

State of NY
County of Albany    SS

Kerry Gunner being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York.

That on   10/1/07   at   2:40 PM

at the office of the Secretary of State of the State of New York in the City of Albany, NY, deponent served the within

**SUMMONS IN A CIVIL ACTION, COMPLAINT FOR PATENT INFRINGEMENT, RULE 7.1 STATEMENT**

upon:   **FUTURE WORKS UNLIMITED, INC.**

defendant/respondent in this action by delivering and leaving with   Carol Vogt
authorized agent in the office of the Secretary of State of the State of New York, 41 State Street, Albany, NY, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to section

**306 of the Business Corporation Law**

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of The State of New York duly authorized to accept such service on behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows:

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|---|---|---|---|---|---|---|
| female | white | dark | 48-52 | 5'3" | 110 | |

Sworn to before me on:  10/1/2007

_____
Notary Public

                                                             Kerry Gunner

| | | | |
|---|---|---|---|
| Claudia M. Murphy | Kerry Gunner | Jessica DeVoe | Pro-File Lawyer's Services Corp. |
| Notary Public, State of NY | Notary Public, State of NY | Notary Public, State of NY | 821 Garden Blvd. Suite 304 |
| No 01MU5016071 | No 01GU5038710 | No 01DE6042657 | Garden City, NY  11530 |
| Qualified in Albany County | Qualified in Albany County | Qualified in Albany County | |
| Commission expires 8/2/09 | Commission expires 2/6/2013 | Commission Expires 5/30/10 | 98465 |