UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX # 07CIV8166

KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,

Plaintiff(s)/Petitioner(s)

vs

ADVANCED DIGITAL REPLICATIONS, INC., et al

Defendant(s)/Respondent(s)

**AFFIDAVIT OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE, SS.:

James Figueroa, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at Fullerton, CA. On September 21, 2007 at 4 35 PM, at 8735 SHIRLEY AVE., NORTHRIDGE, CA, deponent served the within Summons in a Civil Action, Complaint for Patent Infringment, Rule 7.1 Statement, Individual Practices of Magistrate Judge George A. Yanthis, Individual Rules of Practice of Judge Kenneth M. Karas

on: MITCHELL SPINELLI

Defendant (herein called recipient) therein named

**INDIVIDUAL [X]** By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**SUITABLE AGE PERSON** By delivering a true copy of each to _____ personally, a person of suitable age and discretion. Deponent asked said individual if they were able to accept on behalf of said recipient and they responded with an affirmative. Said premises is recipient's [ ] actual place of business [ ] dwelling house or usual place of abode within the state.

**AFFIXING TO DOOR** By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house or usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion thereat, having called there: on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**MAILING COPY** Deponent also enclosed a copy of the said document(s) in a postpaid sealed wrapper, First Class Mail, marked "Personal and Confidential" and not indicating that the communication was from an attorney or concerned an action against the recipient(s). Said envelope was properly addressed to recipient at recipient's last known address at ___ and deposited the same in a post office under exclusive care and custody of the United States Postal Service within New York State on ___

**DESCRIPTION [X]** A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Gender: Male  Color of skin: White  Color of hair: Brown  Age: 35 - 40 Yrs.  Height: 5' 5" - 5' 6"
Weight: 146 - 180 Lbs.  Other: ___

**WIT. FEES [ ]** ___ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**MILITARY SERVICE**
- X Deponent asked the person spoken to whether he/she was presently in the military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.
- [ ] Deponent asked the person spoken to ___, whether the recipient was in active military service of the United States Government or of the State of New York in any capacity whatever and received a negative reply.
- X The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on this 27th day of September, 2007

Sandy M Selraw

SANDY M SELRAW
Commission # 1655591
Notary Public - California
Orange County
My Comm. Expires Mar 31, 2010

James Figueroa
Server's Lic. # 3204 LA
Affidavit # 9992950    County

ATTORNEY: Mayer, Brown, Rowe & Maw,  Ph: 212-506-2721
ADDRESS: 1675 Broadway New York NY 10019-5820  File No.:

*PRO-FILE LAWYER'S SERVICES - 821 FRANKLIN AVE., GARDEN CITY, NY 11530 - 516-747-1330 - FAX 516-747-1166*