UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO. 07CIV8166
DATE FILED: SEPTEMBER 18, 2007

*KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,*

Plaintiff(s)

*against*

*ADVANCED DIGITAL REPLICATIONS, INC., et al*

Defendant(s)

STATE OF NEW JERSEY, COUNTY OF MIDDLESEX, SS.:    AFFIDAVIT OF SERVICE

_____Chad Devone_____ being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at _____Old Bridge, NJ_____. That on _____September 24, 2007_____ at _____5 25 PM_____, at _____125 ROUTE 526, ALLENTOWN, NJ 08501_____ deponent served the within _____Summons in a Civil Action, Complaint for Patent Infringment, Rule 7.1 Statement, Individual Practices of Magistrate Judge George A. Yanthis, Individual Rules of Practice of Judge Kenneth M. Karas_____ on _____NET VENTURES, INC._____, a(n) _____defendant herein_____, by delivering thereat a true copy thereof to "Jane Doe", Refused Name-Office Manager, personally, deponent knew said _____defendant herein_____ so served to be the _____defendant herein_____ so described, and knew said individual to be an authorized agent thereof. Deponent asked said individual if they were able to accept on behalf of said _____defendant herein_____ and they responded with an affirmative.

Deponent describes the individual served as follows: Gender: _Female_    Skin Color: _White_    Hair Color: _Gray_
Age: _46 - 55 Yrs._    Height: _5' 0" - 5' 2"_    Weight: _146 - 180 Lbs._    Other:

Sworn to before me on this _28_ day of _September, 2007_

PHILLIP SANDFORD
A Notary Public of New Jersey
My Commission Expires Feb. 13, 2011

Chad Devone
Server's Lic. #

Affidavit #9992929

ATTORNEY: Mayer, Brown, Rowe & Maw,    Ph: 212-506-2721
ADDRESS: 1675 Broadway New York NY 10019-5820    File No.:

*PRO-FILE LAWYER'S SERVICES - 821 FRANKLIN AVE., GARDEN CITY, NY 11530 - 516-747-1330 - FAX 516-747-1166*