UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO. 07CIV8166
DATE FILED: SEPTEMBER 18, 2007

## KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,

*Plaintiff(s)*

*against*

## ADVANCED DIGITAL REPLICATIONS, INC., et al

*Defendant(s)*

STATE OF NEW JERSEY, COUNTY OF MIDDLESEX, SS.:                    AFFIDAVIT OF SERVICE

__Brian McGackin__ being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at __Old Bridge, NJ__. That on __September 24, 2007__ at __2:15 PM__, at __25 Canfield Road, Cedargrove, NJ 07009-1201__ deponent served the within __Summons in a Civil Action, Complaint for Patent Infringment, Rule 7.1 Statement, Individual Practices of Magistrate Judge George A. Yanthis, Individual Rules of Practice of Judge Kenneth M. Karas__ on __NEW MISSION LLC d.b.a NEW MACHINE PUBLISHING__

a(n) __defendant herein__, by delivering thereat a true copy thereof to __Estec Korpa-Employee__, personally, deponent knew said __defendant herein__ so served to be the __defendant herein__ so described, and knew said individual to be an authorized agent thereof. Deponent asked said individual if they were able to accept on behalf of said __defendant herein__ and they responded with an affirmative.

Deponent describes the individual served as follows: Gender: __Female__  Skin Color: __White__  Hair Color: __Brown__
Age: __40 - 45 Yrs.__  Height: __5'5" - 5'6"__  Weight: __100 - 125 Lbs.__  Other: _____

Sworn to before me on this __28__ day of __September, 2007__

PHILLIP SANDFORD
A Notary Public of New Jersey
My Commission Expires Feb. 13, 20__

Brian McGackin
Server's Lic. #

Affidavit #9992948

ATTORNEY: Mayer, Brown, Rowe & Maw,  Ph: 212-506-2721
ADDRESS: 1675 Broadway New York NY 10019-5820   File No.:

*PRO-FILE LAWYER'S SERVICES - 821 FRANKLIN AVE., GARDEN CITY, NY 11530 - 516-747-1330 - FAX 516-747-1166*