UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO. 07CIV8166
DATE FILED: SEPTEMBER 18, 2007

KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,

Plaintiff(s)

against

ADVANCED DIGITAL REPLICATIONS, INC., et al

Defendant(s)

STATE OF NEW JERSEY, COUNTY OF MIDDLESEX, SS.:   AFFIDAVIT OF SERVICE

_____Brian McGackin_____ being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at _____Old Bridge, NJ_____. That on _September 24, 2007_ at _2:50 PM_, at _105 SOUTH STATE ST., HACKENSACK, NJ_ deponent served the within _Summons in a Civil Action, Complaint for Patent Infringment, Rule 7.1 Statement, Individual Practices of Magistrate Judge George A. Yanthis, Individual Rules of Practice of Judge Kenneth M. Karas_ on _REZLAND PROPERTIES, LLC_

a(n) _defendant herein_, by delivering thereat a true copy thereof to _Greg Thurika-Authorized Agent_ personally, deponent knew said _defendant herein_ so served to be the _defendant herein_ so described, and knew said individual to be an authorized agent thereof. Deponent asked said individual if they were able to accept on behalf of said _defendant herein_ and they responded with an affirmative.

Deponent describes the individual served as follows: Gender: _Male_   Skin Color: _White_   Hair Color: _Black_
Age: _40 - 45 Yrs._   Height: _5' 9" - 5' 10"_   Weight: _181 - 210 Lbs._   Other:

Sworn to before me on this _28_ day of _September, 2007_

PHILIP SANDFORD
A Notary Public of New Jersey
My Commission Expires Feb. 13, 2011

Brian McGackin
Server's Lic. #

Affidavit #9992921

ATTORNEY: Mayer, Brown, Rowe & Maw,   Ph: 212-506-2721
ADDRESS: 1675 Broadway New York NY 10019-5820   File No.:

PRO-FILE LAWYER'S SERVICES - 821 FRANKLIN AVE., GARDEN CITY, NY 11530 - 516-747-1330 - FAX 516-747-1166