UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO. 07CIV8166
DATE FILED: SEPTEMBER 18, 2007

**KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,**

Plaintiff(s)

*against*

**ADVANCED DIGITAL REPLICATIONS, INC., et al**

Defendant(s)

STATE OF NEW JERSEY, COUNTY OF MIDDLESEX, SS.:                AFFIDAVIT OF SERVICE

____Justin Apgar____ being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at ____Old Bridge, NJ____. That on __September 24, 2007__ at __3 00 PM__, at __319 Route 22, Green Brook, NJ 08812__ deponent served the within __Summons in a Civil Action, Complaint for Patent Infringment, Rule 7.1 Statement, Individual Practices of Magistrate Judge George A. Yanthis, Individual Rules of Practice of Judge Kenneth M. Karas__ on __VIDEO THRILLS, INC.__

a(n) __defendant herein__, by delivering thereat a true copy thereof to __Tom Berger-Store Manager__, personally, deponent knew said __defendant herein__ so served to be the __defendant herein__ so described, and knew said individual to be an authorized agent thereof. Deponent asked said individual if they were able to accept on behalf of said __defendant herein__ and they responded with an affirmative.

Deponent describes the individual served as follows: Gender: __Male__   Skin Color: __White__   Hair Color: __Black__
Age: __41 - 45 Yrs.__   Height: __5' 11" - 6' 0"__   Weight: __181 - 210 Lbs.__   Other: ____

Sworn to before me on this __28__ day of __September, 2007__

PHILLIP SANDFORD
A Notary Public of New Jersey
My Commission Expires Feb. 13, 2011

Justin Apgar
Server's Lic. #

Affidavit #9992931

ATTORNEY: Mayer, Brown, Rowe & Maw,    Ph: 212-506-2721
ADDRESS: 1675 Broadway New York NY 10019-5820   File No.: