```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____      │
│ DATE FILED: _____     │
└─────────────────────────────┘
```



RECEIVED
OCT 11 2007
USDC-WP-SDNY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KONINKLIJKE PHILIPS ELECTRONICS N.V. *et ano.*, :

                Plaintiffs,     : 07-CV-8166 (KMK)

- against -               : **STIPULATION**
                                       **EXTENDING TIME**
ADVANCED DIGITAL REPLICATION, INC. *et al.*, : **TO ANSWER**

                Defendants.     :

------------------------------------------------------------X

Plaintiffs and Defendants, through their undersigned counsel, hereby stipulate that the time within which all Defendants must answer the Complaint which is on file herein shall be extended to and including November 13, 2007. The parties further agree that there will be no further extensions of time to respond without Plaintiffs' consent.

Dated: October 10, 2007

*[signature: Edward I. Rudofsky]*

ZANE AND RUDOFSKY
Edward S. Rudofsky
The Starrett Lehigh Building
601 West 26th Street
New York, New York 10001
(212) 245-2222

*Attorneys for Defendants
A. S. American Distributors, Inc.;
Backroom Sales, Inc.; Back-Room
Sales, Inc.; David Kurzman; DVD
Invasion, Inc.; Happy Harkins
Ventures, LLC; Keppi, Inc.; Net
Ventures, Inc.; Sam Schreiber;
SEGGEBDE, Inc.; Video Thrills,
Inc.; and Vonce, Inc.*

*[signature]*

MAYER BROWN LLP
Andrew H. Schapiro
Christopher J. Houpt
1675 Broadway
New York, New York 10019
(212) 506-2500

*Attorneys for Plaintiffs*

So Ordered.

*[signature]*
U.S.D.J.

October 11, 2007
White Plains, NY