UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO. 07CIV8166
DATE FILED: SEPTEMBER 18, 2007

*KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,*

Plaintiff(s)

*against*

*ADVANCED DIGITAL REPLICATIONS, INC., et al*

Defendant(s)

STATE OF NEW JERSEY, COUNTY OF MIDDLESEX, SS.:                     AFFIDAVIT OF SERVICE

_____Chad Devone_____ being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at _____Old Bridge, NJ_____. That on _October 3, 2007_ at _1 54 PM_, at _____125 ROUTE 526, ALLENTOWN, NJ 08501_____ deponent served the within _Summons in a Civil Action, Complaint for Patent Infringment, Rule 7.1 Statement, Individual Practices of Magistrate Judge George A. Yanthis, Individual Rules of Practice of Judge Kenneth M. Karas_ on _____KEPPI, INC._____,

a(n) _defendant herein_, by delivering thereat a true copy thereof to _"John Doe"-Refused Name, Store Manager_, personally, deponent knew said _defendant herein_ so served to be the _defendant herein_ so described, and knew said individual to be an authorized agent thereof. Deponent asked said individual if they were able to accept on behalf of said _defendant herein_ and they responded with an affirmative.

Deponent describes the individual served as follows: Gender: _Male_  Skin Color: _White_  Hair Color: _Black_
Age: _25-40 Yrs_  Height: _5' 9" - 5' 10"_  Weight: _146 - 180 Lbs._  Other:

Sworn to before me on this _4th_ day of _October, 2007_

PHILLIP SANDFORD
A Notary Public of New Jersey
My Commission Expires Feb. 13, 2011

Chad Devone
Server's Lic. #

Affidavit #9992937

ATTORNEY: Mayer, Brown, Rowe & Maw, Ph: 212-506-2721
ADDRESS: 1675 Broadway New York NY 10019-5820  File No.:

*PRO-FILE LAWYER'S SERVICES - 821 FRANKLIN AVE., GARDEN CITY, NY 11530 - 516-747-1330 - FAX 516-747-1166*