# NORRIS MCLAUGHLIN & MARCUS, PA

ATTORNEYS AT LAW

P.O. BOX 1018
SOMERVILLE, NJ 08876-1018
(908) 722-0700
FAX: (908) 722-0755
WWW.NMMLAW.COM

HAND DELIVERY
721 ROUTE 202-206
BRIDGEWATER, NJ 08807

18th FLOOR
NEW YORK, NY 10022

**MEMO ENDORSED**



MERITAS LAW FIRMS WORLDWIDE

November 13, 2007

NOV 13 2007

Via Telecopy and Regular Mail

Honorable Kenneth M. Karas, U.S.D.J.
Southern District of New York
United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601

> Re: Koninklijke Philips Electronics N.V.
> and U.S. Philips Corporation v. Advanced
> Digital Replication, Inc., Rezland Properties LLC,
> Pandemonium DVD, Inc., et al.
> Docket No. 07 Civ 8166

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Dear Judge Karas:

This afternoon defendants Advanced Digital Replication, Inc., Future Works Unlimited, Inc., and Pandemonium DVD, Inc. (all collectively referred to as "Advanced Digital") retained us to represent them in this patent infringement case that plaintiffs Koninklijke Philips Electronics N.V. and U.S. Philips Corporation ("Philips") filed on September 18, 2007. We seek an extension until December 13, 2007 to answer or otherwise move with respect to the complaint.

Advanced Digital had been in negotiations with Philips to resolve this matter, and Philips consented to extend until November 13, 2007 the time for Advanced Digital to answer with the proviso that Philips would not agree to a further extension. In the latter part of last week, settlement discussions broke down. On Monday, November 12, 2007, we met with the representatives of Advanced Digital, and as noted, this afternoon Advanced Digital retained us.

NORRIS McLAUGHLIN & MARCUS, PA

Honorable Kenneth M. Karas, U.S.D.J.
November 13, 2007
Page 2

As Philips previously stated that it would not consent to an extension, we have no choice but to request an extension from Your Honor. In this patent infringement case, we need 30 days to conduct an investigation in order to be able to answer or otherwise move.

We understand that Your Honor normally requires that an application for an extension be made 48 hours before the deadline. In this instance, as noted, defendants did not retain us until this afternoon. Accordingly, we are confirming that your law clerk Elisha advised that we could telecopy this request.

Respectfully submitted,

NORRIS, McLAUGHLIN & MARCUS, P.A.

*[signature]*

JOSEPH J. FLEISCHMAN

JJF:ja
cc via telecopy and regular mail:
    Edward D. Johnson, Esq.
    Edward S. Rudofsky, Esq.
    Andrew H. Schapiro, Esq.

*[handwritten:]* Advanced Digital has until November 26, 2007 to answer the Complaint. There will be no more extensions.

SO ORDERED
*[signature]*
KENNETH M. KARAS U.S.D.J.
11/13/07