UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KONINKLIJKE PHILIPS ELECTRONICS N.V. *et ano.*, :

                  Plaintiffs,      : 07-CV-8166 (KMK)

   - against -                       : **STIPULATION**
                                           **EXTENDING TIME**
ADVANCED DIGITAL REPLICATION, INC. *et al.*,  : **TO ANSWER**

                  Defendants.     :

------------------------------------------------------------------X

      Plaintiffs and Defendants, through their undersigned counsel, hereby stipulate that the time within which all Defendants must answer the Complaint which is on file herein shall be extended to and including December 3, 2007. The parties further agree that there will be no further extensions of time to respond without Plaintiffs' consent.

      This Stipulation may be executed in counterpart and via facsimile, and facsimile signatures shall be deemed original for all purposes.

Dated: November 26, 2007

                                                       *Andrew H. Schapiro*/gh
                                        MAYER BROWN LLP
                                        Andrew H. Schapiro
                                        Christopher J. Houpt
                                        1675 Broadway
                                        New York, New York 10019
                                        (212) 506-2500

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

                                        *Attorneys for Plaintiffs*

_____
ZANE AND RUDOFSKY
Edward S. Rudofsky
The Starrett Lehigh Building
601 West 26th Street
New York, New York 10001
(212) 245-2222

*Attorneys for Defendants*
*A. S. American Distributors, Inc.;*
*Backroom Sales, Inc.; Back-Room*
*Sales, Inc.; David Kurzman; DVD*
*Invasion, Inc.; Factory Direct*
*Entertainment, Inc.; Happy Harkins*
*Ventures, LLC; Keppi, Inc.; Net*
*Ventures, Inc.; Sam Schreiber;*
*SEGGEBDE, Inc.; Video Thrills,*
*Inc.; and Vonce, Inc.*

_____
NORRIS, MCLAUGHLIN & MARCUS, P.A.
Joseph J. Fleischman, Esq.
721 Route 202/206
Bridgewater, NJ 08807
(908) 722-0755

*Attorneys for Defendants*
*Advanced Digital Replications, Inc.,*
*Future Works Unlimited, Inc.*
*and Pandemonium DVD, Inc.*

SO ORDERED:

_____
U.S.D.J.

Dated: White Plains, New York
       November 26, 2007