UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED DIGITAL REPLICATION, INC., REZLAND PROPERTIES LLC, PANDEMONIUM DVD, INC., DVD INVASION, INC., FUTURE WORKS DISTRIBUTIONS, INC., FUTURE WORKS UNLIMITED, INC., FUTURE ENTERTAINMENT, INC., BACKROOM SALES, INC. (d/b/a Three Circle Video, Lucky Seven, Gourmet Video, Blue Ribbon Entertainment, BRS Direct, and Planet DVD Distributors), BACK-ROOM SALES, INC., NET VENTURES, INC., HAPPY HARKINS VENTURES, LLC, VIDEO THRILLS, INC., A.S. AMERICAN DISTRIBUTORS, INC., NET VENTURES, INC., FACTORY DIRECT ENTERTAINMENT, INC., VONCE, INC., SEGGEDBE, INC., KEPPI, INC., JONATHAN RESNICK, RHODA RESNICK, DAVID KURZMAN, SAM SCHREIBER, LARRY GERSON (a.k.a. Larry Fields), DONNA SANFORD, PLEASURE PRODUCTIONS, INC. (d.b.a Al Borda Video, Bruce Seven Productions, Las Vegas Video, New Vision Video, Outlaw Productions, Plum Productions, Regiment Productions, and Rosebud Digital), INTERNATIONAL VIDEO DISTRIBUTORS, LLC, INTERNATIONAL VIDEO DISTRIBUTORS SOUTH, LLC, FRANK KORETSKY, NEW MISSION LLC d.b.a New Machine Publishing, ACID RAIN PRODUCTIONS, INC., and MITCHELL | Index No. 07 CIV 8166 (KMK)<br><br><br><br><br><br><br><br>NOTICE OF MOTION TO ADMIT<br>JOSEPH J. FLEISCHMAN, ESQ.<br>PRO HAC VICE |

| SPINELLI, | : |
| --- | --- |
| Defendants. | : |
| | : |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Davy Zoneraich, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

>Joseph J. Fleischman, Esq.
>Norris, McLaughlin & Marcus, P.A.
>721 Route 202/207
>Bridgewater, New Jersey 08807
>Tel: 908-722-0700
>Fax: 908-722-0755

Joseph J. Fleischman is a member in good standing of the Bar of the State of New Jersey.

There are no pending disciplinary proceedings against Joseph J. Fleischman in any State or Federal court.

Dated: November 29, 2007
New York, New York

>Respectfully Submitted,
>
>By: _____
>DAVY E. ZONERAICH (0121)
>A Member of the Firm
>Norris, McLaughlin & Marcus, P.A.
>Attorneys for Defendants Advanced Digital
>Replication, Inc., Future Works Unlimited,
>Inc., and Pandemonium DVD, Inc.
>875 Third Avenue
>New York, New York 10022

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION, | Index No. 07 CIV 8166 (KMK) |
| Plaintiffs, | |
| v. | |
| ADVANCED DIGITAL REPLICATION, INC., REZLAND PROPERTIES LLC, PANDEMONIUM DVD, INC., DVD INVASION, INC., FUTURE WORKS DISTRIBUTIONS, INC., FUTURE WORKS UNLIMITED, INC., FUTURE ENTERTAINMENT, INC., BACKROOM SALES, INC. (d/b/a Three Circle Video, Lucky Seven, Gourmet Video, Blue Ribbon Entertainment, BRS Direct, and Planet DVD Distributors), BACK-ROOM SALES, INC., NET VENTURES, INC., HAPPY HARKINS VENTURES, LLC, VIDEO THRILLS, INC., A.S. AMERICAN DISTRIBUTORS, INC., NET VENTURES, INC., FACTORY DIRECT ENTERTAINMENT, INC., VONCE, INC., SEGGEDBE, INC., KEPPI, INC., JONATHAN RESNICK, RHODA RESNICK, DAVID KURZMAN, SAM SCHREIBER, LARRY GERSON (a.k.a. Larry Fields), DONNA SANFORD, PLEASURE PRODUCTIONS, INC. (d.b.a Al Borda Video, Bruce Seven Productions, Las Vegas Video, New Vision Video, Outlaw Productions, Plum Productions, Regiment Productions, and Rosebud Digital), INTERNATIONAL VIDEO DISTRIBUTORS, LLC, INTERNATIONAL VIDEO DISTRIBUTORS SOUTH, LLC, FRANK KORETSKY, NEW MISSION LLC d.b.a New Machine Publishing, ACID RAIN PRODUCTIONS, INC., and MITCHELL | ORDER |

| | |
|---|---|
| SPINELLI,  Defendants. | : : : : : : |

Upon the motion of Norris, McLaughlin & Marcus, attorneys for defendants Advanced Digital Replications, Inc., Future Works Unlimited, Inc., and Pandemonium DVD, Inc. ("ADR"), and the affidavits in support by Davy E. Zoneraich and Joseph J. Fleischman;

IT IS HEREBY ORDERED that

> Joseph J. Fleischman, Esq.
> Norris, McLaughlin & Marcus, P.A.
> 721 Route 202/206
> Bridgewater, New Jersey 08807
> 908-722-0700
> jjfleischman@nmmlaw.com

is admitted to practice *pro hac vice* as counsel for ADR in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:            , 2007
       White Plains, New York

                                        _____
                                        KENNETH M. KARAS, U.S.D.J.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,<br><br>                Plaintiffs,<br><br>v.<br><br>ADVANCED DIGITAL REPLICATION, INC., REZLAND PROPERTIES LLC, PANDEMONIUM DVD, INC., DVD INVASION, INC., FUTURE WORKS DISTRIBUTIONS, INC., FUTURE WORKS UNLIMITED, INC., FUTURE ENTERTAINMENT, INC., BACKROOM SALES, INC. (d/b/a Three Circle Video, Lucky Seven, Gourmet Video, Blue Ribbon Entertainment, BRS Direct, and Planet DVD Distributors), BACK-ROOM SALES, INC., NET VENTURES, INC., HAPPY HARKINS VENTURES, LLC, VIDEO THRILLS, INC., A.S. AMERICAN DISTRIBUTORS, INC., NET VENTURES, INC., FACTORY DIRECT ENTERTAINMENT, INC., VONCE, INC., SEGGEDBE, INC., KEPPI, INC., JONATHAN RESNICK, RHODA RESNICK, DAVID KURZMAN, SAM SCHREIBER, LARRY GERSON (a.k.a. Larry Fields), DONNA SANFORD, PLEASURE PRODUCTIONS, INC. (d.b.a Al Borda Video, Bruce Seven Productions, Las Vegas Video, New Vision Video, Outlaw Productions, Plum Productions, Regiment Productions, and Rosebud Digital), INTERNATIONAL VIDEO DISTRIBUTORS, LLC, INTERNATIONAL VIDEO DISTRIBUTORS SOUTH, LLC, FRANK KORETSKY, NEW MISSION LLC d.b.a New Machine Publishing, ACID RAIN PRODUCTIONS, INC., and MITCHELL | Index No. 07 CIV 8166 (KMK)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>AFFIDAVIT OF<br>DAVY E. ZONERAICH<br>IN SUPPORT OF MOTION<br>TO *ADMIT PRO HAC VICE* |

| SPINELLI, | : |
| | : |
| Defendants. | : |
| | : |
| | : |
| | : |

| STATE OF NEW JERSEY | ) |
| | ) |
| COUNTY OF SOMERSET | ) |

DAVY E. ZONERAICH, being duly sworn, hereby deposes and says as follows:

1. I am a member of the law firm of Norris, McLaughlin & Marcus, P.A., attorneys for defendants Advanced Digital Replications, Inc., Future Works Unlimited, Inc., and Pandemonium DVD, Inc. ("ADR") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of ADR's motion to admit Joseph J. Fleischman *pro hac vice* to represent ADR in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1993. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Joseph Fleischman since 1998.

4. Mr. Fleischman is a member of Norris, McLaughlin & Marcus in our New Jersey office.

5. I have found Mr. Fleischman to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Joseph J. Fleischman, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Joseph J. Fleischman, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Joseph J. Fleischman, *pro hac vice*, to represent ADR in the above captioned matter be granted.

Dated: November 29, 2007
       Bridgewater, New Jersey

_____
DAVY E. ZONERAICH

Sworn to before me this
29 day of November, 2007

_____
Notary Public

PEGGY A. CHRISTEN
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Feb. 14, 2012

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION,<br><br>      Plaintiffs,<br><br>v.<br><br>ADVANCED DIGITAL REPLICATION, INC., REZLAND PROPERTIES LLC, PANDEMONIUM DVD, INC., DVD INVASION, INC., FUTURE WORKS DISTRIBUTIONS, INC., FUTURE WORKS UNLIMITED, INC., FUTURE ENTERTAINMENT, INC., BACKROOM SALES, INC. (d/b/a Three Circle Video, Lucky Seven, Gourmet Video, Blue Ribbon Entertainment, BRS Direct, and Planet DVD Distributors), BACK-ROOM SALES, INC., NET VENTURES, INC., HAPPY HARKINS VENTURES, LLC, VIDEO THRILLS, INC., A.S. AMERICAN DISTRIBUTORS, INC., NET VENTURES, INC., FACTORY DIRECT ENTERTAINMENT, INC., VONCE, INC., SEGGEDBE, INC., KEPPI, INC., JONATHAN RESNICK, RHODA RESNICK, DAVID KURZMAN, SAM SCHREIBER, LARRY GERSON (a.k.a. Larry Fields), DONNA SANFORD, PLEASURE PRODUCTIONS, INC. (d.b.a Al Borda Video, Bruce Seven Productions, Las Vegas Video, New Vision Video, Outlaw Productions, Plum Productions, Regiment Productions, and Rosebud Digital), INTERNATIONAL VIDEO DISTRIBUTORS, LLC, INTERNATIONAL VIDEO DISTRIBUTORS SOUTH, LLC, FRANK KORETSKY, NEW MISSION LLC d.b.a New Machine Publishing, ACID RAIN PRODUCTIONS, INC., and MITCHELL | Index No. 07 CIV 8166 (KMK)<br><br><br><br>AFFIDAVIT OF<br><u>JOSEPH J. FLEISCHMAN, ESQ.</u> |

|  |  |
|---|---|
| SPINELLI, | : |
| Defendants. | : |
|  | : |

| STATE OF NEW JERSEY | ) |
|  | ) |
| COUNTY OF SOMERSET | ) |

JOSEPH J. FLEISCHMAN, being duly sworn, hereby deposes and says as follows:

1. I am a member of the law firm of Norris, McLaughlin & Marcus, P.A., attorneys for defendants Advanced Digital Replications, Inc., Future Works Unlimited, Inc., and Pandemonium DVD, Inc. ("ADR").

2. I am a member in good standing and have been licensed to practice in the State of New Jersey since 1972. I was also admitted to the United States District Court for the District of New Jersey, the United States Court of Appeals for the Second, Third, Ninth and Federal Circuits, and the United States Supreme Court.

3. There are no pending disciplinary proceedings against me in any State or Federal court.

4. On November 13, 2007, ADR retained our firm and asked that I appear in court on its behalf.

5. I am not admitted to practice law in the State of New York. Therefore, I respectfully submit this affirmation in support of my application for admission *pro hac vice* in this matter.

6. I am familiar with the Federal Rules of Civil Procedure and the Local Civil Rules for the United States District Court for the Southern District of New York.

7.  I understand that if I am admitted to this Court *pro hac vice*, I will be within the disciplinary jurisdiction of this Court.

8.  The annual fee of $25.00 is being submitted herewith to the Clerk's Office with the filing of this motion.

Dated: November 29, 2007
       Bridgewater, New Jersey

                                        JOSEPH J. FLEISCHMAN

Sworn to before me this
29th day of November, 2007

_____
Notary Public

LINDA M. SCOTILLO
A Notary Public of New Jersey
My Commission Expires 7/28/2012

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **JOSEPH J FLEISCHMAN** (No. **283751972**) was constituted and appointed an Attorney at Law of New Jersey on **November 28, 1972** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **23RD** day of **November**, 20 **07**

Clerk of the Supreme Court

-453a-

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and U.S. PHILIPS CORPORATION, | Index No. 07 CIV 8166 (KMK) |
| Plaintiffs, | |
| v. | |
| ADVANCED DIGITAL REPLICATION, INC., REZLAND PROPERTIES LLC, PANDEMONIUM DVD, INC., DVD INVASION, INC., FUTURE WORKS DISTRIBUTIONS, INC., FUTURE WORKS UNLIMITED, INC., FUTURE ENTERTAINMENT, INC., BACKROOM SALES, INC. (d/b/a Three Circle Video, Lucky Seven, Gourmet Video, Blue Ribbon Entertainment, BRS Direct, and Planet DVD Distributors), BACK-ROOM SALES, INC., NET VENTURES, INC., HAPPY HARKINS VENTURES, LLC, VIDEO THRILLS, INC., A.S. AMERICAN DISTRIBUTORS, INC., NET VENTURES, INC., FACTORY DIRECT ENTERTAINMENT, INC., VONCE, INC., SEGGEDBE, INC., KEPPI, INC., JONATHAN RESNICK, RHODA RESNICK, DAVID KURZMAN, SAM SCHREIBER, LARRY GERSON (a.k.a. Larry Fields), DONNA SANFORD, PLEASURE PRODUCTIONS, INC. (d.b.a Al Borda Video, Bruce Seven Productions, Las Vegas Video, New Vision Video, Outlaw Productions, Plum Productions, Regiment Productions, and Rosebud Digital), INTERNATIONAL VIDEO DISTRIBUTORS, LLC, INTERNATIONAL VIDEO DISTRIBUTORS SOUTH, LLC, FRANK KORETSKY, NEW MISSION LLC d.b.a New Machine Publishing, ACID RAIN PRODUCTIONS, INC., and MITCHELL | AFFIDAVIT OF SERVICE |

|                      |   |
|----------------------|---|
| SPINELLI,            | : |
|       Defendants.    | : |
|                      | : |
|                      | : |
|                      | : |

| STATE OF NEW JERSEY | ) |
|                     | ) |
| COUNTY OF SOMERSET  | ) |

Janice Aldrich, being duly sworn, hereby deposes and says:

1.  I am not a party to this action and am over the age of eighteen.

2.  On November 30, 2007 I caused to be served via regular mail, a copy of the within Notice of Motion To Admit Joseph J. Fleischman, Esq. *Pro Hac Vice*, Affidvait of Davy Zoneraich in Support of Motion to Admit *Pro Hac Vice*, Affidavit of Joseph J. Fleischman, Esq., and Certificate of Good Standing upon:

> Andrew H. Schapiro, Esq.
> Mayer Brown LLP
> 1675 Broadway
> New York, New York  10019-5820
> Attorneys for Plaintiffs
>
> Edward D. Johnson, Esq.
> Mayer Brown LLP
> Two Palo Alto Square, Suite 300
> 3000 El Camino Real
> Palo Alto, CA  94306-2112
> Attorneys for Plaintiffs
>
> Edward S. Rudofsky, Esq.
> Zane and Rudofsky
> The Starrett Lehigh Building
> 601 West 26th Street, #1111
> New York, New York  10001
> Attorneys for Defendants A.S. American Distributors, Inc.;
> Backroom Sales, Inc.; Back-Room Sales, Inc.; David
> Kurzman; DVD Invasion, Inc.; Happy Harkins
> Ventures, LLC; Keppi, Inc.; Net Ventures, Inc.;

Sam Schreiber; SEGGEBDE, Inc.; Video Thrills, Inc.; and Vonce, Inc.

Mitchell Spinelli, Pro Se
8735 Shirley Avenue
Northridge, CA 91324

*Janice Aldrich*
JANICE ALDRICH

Sworn to before me this
30th day of November, 2007

*Linda M. Scotillo*
Notary Public

LINDA M. SCOTILLO
A Notary Public of New Jersey
My Commission Expires 7/28/2012